IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Tamara P. Bukovic

Civil Case #  1:16-cv-00189 -RLY-TAB

**MOTION TO SUBSTITUTE PARTY PLAINTIFF AND
FOR LEAVE TO AMEND SHORT FORM COMPLAINT**

Counsel pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Nicole Castillo on behalf of her mother, Tamara P. Bukovic.

1. Tamara P. Bukovic filed a products liability lawsuit against Defendants on January 22, 2016 in the Southern District of Indiana – Indianapolis Division – MDL No. 2570.

2. On November 6, 2023, Plaintiff filed and served a Suggestion of Death.

3. Nicole Castillo, daughter of Tamara P. Bukovic, is the proper party to substitute for Plaintiff-Decedent Tamara P. Bukovic and has proper capacity to move forward with the surviving products liability lawsuit on her behalf pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative.

Nicole Castillo further seeks leave to file the attached amended short form complaint to substitute herself as Plaintiff on behalf of Plaintiff-Decedent Tamara P. Bukovic. (See Amended Short Form Complaint, attached hereto as Exhibit A).

1

Based on the foregoing, Nicole Castillo requests that this Court grant her request for substitution of Plaintiff in this action and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the attached Amended Short Form Complaint.

Dated January 22, 2025.

Respectfully submitted,

**MATTHEWS & ASSOCIATES**

*s/ David P. Matthews*
David P. Matthews, Bar No. 13206200
2905 Sackett Street
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

*Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2025, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*s/ David P. Matthews*